IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TOPAZ VILLAS, LP
*Debtors*

CASE **19-36697**
CHAPTER 11

**MOTION FOR RELIEF FROM STAY
REGARDING REAL PROPERTY
0 YOAKUM, HOUSTON, TX**

**This is a motion for relief from the automatic stay. If it is granted, the movant may act outside of the bankruptcy process. If you do not want the stay lifted, immediately contact the moving party to settle. If you cannot settle, you must file a response and send a copy to the moving party at least 7 days before the hearing. If you cannot settle, you must attend the hearing. Evidence may be offered at the hearing and the court may rule.**

**Represented parties should act through their attorney.**

**There will be a hearing on this matter on March 24, 2020 at 9:30 AM in Courtroom 403, 515 Rusk, Houston, TX 77002.**

Comes now, Saga Land, Inc., Movant, a secured creditor and party in interest to the above-styled proceeding, and files this its Motion for Relief from Stay of Act Against Property. In support of its Motion, Movant would respectfully show onto the Court as follows:

**I. JURISDICTION**

1.     This Court has jurisdiction of this matter pursuant to 28 U.S.C. §1334 and 11 U.S.C. §§ 105 and 362.

2.     This is a core proceeding under 28 U.S.C. §157(b)(2)(G).

**II. FACTS**

3.     On or about December 2, 2019, Topaz Villas, LP, hereinafter referred to as the Debtor, filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code, thereby

initiating the above-styled bankruptcy proceeding. The United States Trustee is the duly appointed and acting trustee.

4.      On November 14, 2016, Debtor executed a Promissory Note, hereinafter referred to as the Note, in the original principal amount of $1,000,000.00, payable to the order of Saga Land, Inc.; Movant is currently the legal owner and holder of the Note. Please see a copy of the Note attached hereto as Exhibit "1".

5.      Concurrently with the execution of the Note, Debtor executed a "Deed of Trust," hereinafter referred to as the Deed of Trust, granting Movant a lien on certain real property, hereinafter referred to as the "Property," to secure payment of the Note. The Deed of Trust grants Movant a lien on the Property described as follows:

UNRESTRICTED RESERVE A IN BLOCK 1 ACCORDING TO THE PLAT OF YOAKUM ENCLAVE RECORDED IN FILD CODE 654182 OF THE MAP AND/OR PLAT RECORDS OF HARRIS COUNTY, TEXAS

Also known as: 0 Yoakum Blvd., Houston, Texas ("Subject Property").

6.      The Deed of Trust was duly recorded in the Harris County Deed Records. A true and correct copy of the Deed of Trust is attached hereto as Exhibit "2" and incorporated herein for all purposes.

7.      Debtor is the current owner of record of the Subject Property.

8.      On November 14, 2017, Debtor executed a Loan Extension Agreement extending the loan maturity date to July 31, 2018.

9.      On November 30, 2018, Debtor executed a second Loan Extension Agreement extending the loan maturity date to February 28, 2019.

10.     On June 1, 2019, Debtor executed a third Loan Modification Agreement extending the loan maturity date to August 31, 2019

11.     Debtor is in default on the obligation to Movant in that Debtor has failed to repay the Note upon maturity of the Note.

12.     As of January 22, 2020, the status of the indebtedness is as follows:

a.   On August 31, 2019, the Note reached maturity and the total amount owed under the Note and Deed of Trust is due.

b.   The total amount due on the Note is $1,262,841.60.

c.   Additional fees include Movant's attorney fees and costs in the amount of $850.00, and other fees and costs due under the terms of the Note and Deed of Trust.

d.   The value of the property is $1,252,000.00.

### III. DISCUSSION

13.     Movant requests that the Honorable Court terminate the automatic stay pursuant to the provisions of the Bankruptcy Code to allow Movant to exercise all of its rights and remedies against the Debtor under state law, including, inter alia, foreclosing its lien on the Property. Good cause exists for the lifting of the automatic stay because the Debtor has little or no equity in the property. In addition, as this is a Chapter 11 proceeding and Debtor is not receiving income from the property, the property is not necessary for an effective reorganization.

14.     In the alternative, Movant alleges that cause exists for the lifting of the stay in that Debtor has not offered Movant adequate protection for its interest in the Subject Property.

15.     It has been necessary for Movant to hire the law firm of Barry & Sewart, PLLC to file this Motion. Pursuant to the Note and Deed of Trust, Movant is entitled to reimbursement of reasonable attorneys' fees incurred in enforcing its rights as a secured creditor.

16.     Movant requests that an Order granting its motion for relief from automatic stay, if such Order should be entered, will be effective immediately upon entry and, pursuant to Rule 4001(a)(3) of the Rules of Bankruptcy Procedure, enforcement of such Order will not be stayed until the expiration of ten days after entry of the Order.

Respectfully submitted,

/S/ Keith A. Wolfshohl
Anna C. Sewart, SBN: 24029832
Keith A. Wolfshohl, SBN: 24047135
Nicholas M. Frame, SBN: 24027012

BARRY & SEWART, PLLC
4151 Southwest Freeway
Suite 680
Houston, Texas 77027
Tel: (713) 722-0281
Fax: (713) 722-9786

*Attorneys for:*
SAGA LAND, INC.

CERTIFICATE OF CONFERENCE

I certify that Debtor's Counsel was contacted prior to the filing of this motion. Movant and Debtor could not resolve the dispute prior to filing this motion.

/S/ Keith A. Wolfshohl
Keith A. Wolfshohl

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served upon the following pursuant to the Federal Rules of Civil Procedure on this the 25th day of February 2020:

Topaz Villas, L.P.
3100 Edloe Street Suite 260
c/o Topaz Villas Development GP, LLC
Houston, TX 77027

**Debtor**

Hector Duran, Jr
U.S. Trustee
515 Rusk
Ste 3516
Houston, Tx 77002

**U.S. Trustee**

Susan Tran Adams
Corral Tran Singh LLP
1010 Lamar
Suite 1160
Houston, TX 77002

**Debtor's Counsel**

/S/ Keith A. Wolfshohl
Keith A. Wolfshohl